**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THE MACNEIL STUDIO LTD.,

     Plaintiff,                            Case No.: 1:26-cv-04263

v.                                     Judge Franklin U. Valderrama

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Heather K. McShain
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|-----|-----------|
| 1 | CozyBunny House |

1