AO 121 (Rev. 06/16)

| TO: | | REPORT ON THE |
|---|---|---|
| | **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court, Northern District of Illinois |

| DOCKET NO. | DATE FILED | |
|---|---|---|
| 1:26-cv-04263 | 4/16/2026 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| The Macneil Studio LTD. | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See attached. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas Bruton | C. Kellens | 7/7/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-697

**Effective Date of Registration:**
September 25, 2024
**Registration Decision Date:**
November 12, 2024

## Title

| | |
|---|---|
| **Title of Work:** | 1011 Snowman Family |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | October 02, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | The Macneil Studio Ltd |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | The Macneil Studio Ltd |
| | Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 25, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-728

**Effective Date of Registration:**
September 25, 2024
**Registration Decision Date:**
November 12, 2024

## Title

| | |
|---|---|
| **Title of Work:** | 1066 Flowershop |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 16, 2013 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | The Macneil Studio Ltd |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | The Macneil Studio Ltd |
| | Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 25, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-421-744

**Effective Date of Registration:**
September 25, 2024
**Registration Decision Date:**
November 12, 2024

---

## Title

**Title of Work:** 1316 Spooky House

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 17, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** The Macneil Studio Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** The Macneil Studio Ltd
Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 25, 2024

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-691

**Effective Date of Registration:**
September 25, 2024
**Registration Decision Date:**
November 12, 2024

---

## Title
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Title of Work:** 0046 Dog In Window 2

## Completion/Publication
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Year of Completion:** 2009
**Date of 1st Publication:** November 01, 2009
**Nation of 1st Publication:** United Kingdom

## Author
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

- **Author:** The Macneil Studio Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Copyright Claimant:** The Macneil Studio Ltd
Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom

## Rights and Permissions
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Center, VT 05255 United States

## Certification
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Name:** David Denholm
**Date:** September 25, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-573

**Effective Date of Registration:**
September 25, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | 0544 Santa And Sleigh |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | February 09, 2011 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | The Macneil Studio Ltd |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | The Macneil Studio Ltd<br>Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568<br>Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 25, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-421-748

**Effective Date of Registration:**
September 25, 2024
**Registration Decision Date:**
November 12, 2024

---

## Title

**Title of Work:** 1550 Santa's Sleigh

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 08, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** The Macneil Studio Ltd
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** The Macneil Studio Ltd
Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 25, 2024

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-421-449**

**Effective Date of Registration:**
September 25, 2024
**Registration Decision Date:**
November 08, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | 1696 Cats and Dogs Watching Santa |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 27, 2017 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | The Macneil Studio Ltd, dba Richard Macneil |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | The Macneil Studio Ltd, dba Richard Macneil |
| | Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 25, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-448

**Effective Date of Registration:**
September 25, 2024
**Registration Decision Date:**
November 08, 2024

---

## Title
_____

      **Title of Work:** 1836(2) Labs Truck

## Completion/Publication
_____

      **Year of Completion:** 2019
      **Date of 1st Publication:** March 06, 2019
      **Nation of 1st Publication:** United Kingdom

## Author
_____

      •   **Author:** The Macneil Studio Ltd, dba Richard Macneil
      **Author Created:** 2-D artwork
      **Work made for hire:** Yes
      **Citizen of:** United Kingdom

## Copyright Claimant
_____

      **Copyright Claimant:** The Macneil Studio Ltd, dba Richard Macneil
      Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom

## Rights and Permissions
_____

      **Organization Name:** Art Licensing International, Inc.
      **Address:** P.O. Box 2568
      Manchester Center, VT 05255 United States

## Certification
_____

      **Name:** David Denholm
      **Date:** September 25, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-421-696**

**Effective Date of Registration:**
September 25, 2024
**Registration Decision Date:**
November 12, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | 0557 Catnaps |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | March 16, 2011 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | The Macneil Studio Ltd |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | The Macneil Studio Ltd<br>Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568<br>Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 25, 2024 |

Page 1 of 2



## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

The Macneil Studio LTD.

|                                   |                              |
|-----------------------------------|------------------------------|
|                    Plaintiff,     |                              |

v.

Case No.: 1:26–cv–04263

Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 6, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Plaintiff's Notice of Voluntary Dismissal [16] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed without prejudice as to Defendant CozyBunny House. Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.